UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALDEN HALPERN, )<br>             )<br>        Plaintiff(s),   )<br>             )<br>vs.          )<br>             )<br>LIGHTYEAR NETWORK SOLUTIONS, INC.,  )<br>             )<br>        Defendant(s).  )<br>_____) | Case No. 2:12-cv-00340-JCM-NJK<br><br>ORDER SETTING HEARING |

On July 3, 2012, the parties conducted their Rule 26(f) conference in this matter. *See* Docket No. 14. The parties subsequently filed a proposed discovery plan to the Magistrate Judge previously assigned to this case, *see id.*, which was not signed by that Magistrate Judge. The parties have now filed an amended proposed discovery plan seeking a discovery period ending on October 11, 2013. *See* Docket No. 30. The amended proposed discovery plan indicates that no discovery has taken place other than the exchange of initial disclosures. *Id.* at 1. The Court hereby ORDERS counsel for the parties to appear for a scheduling hearing on April 11, 2013 at 2:00 p.m. in Courtroom 3C.

Counsel shall be prepared to discuss at the hearing, the following: (1) the reason(s) no discovery (other than initial disclosures) has taken place in the nine months since the Rule 26(f) conference was held, *cf.* Fed. R. Civ. P. 26(d)(1) (formal discovery prohibited <u>until the parties hold the Rule 26(f) conference</u>); and (2) the efforts, if any, the parties made to contact the Court regarding the continued pendency of the parties' first proposed discovery plan.

IT IS SO ORDERED.

DATED: April 5, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge